```
                          United States Bankruptcy Court
                           Northern District of Ohio
```

In re:                                                          Case No. 15-62523-rk
Ken Purnell                                                     Chapter 13
Laurel Purnell
        Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0647-6         User: mfish           Page 1 of 1          Date Rcvd: Dec 08, 2015
                             Form ID: 259          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2015.
db/db          +Ken Purnell,    Laurel Purnell,    1154 Desert St NE,    Uniontown, OH 44685-8511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2015 at the address(es) listed below:
              Toby L Rosen    trose14    on behalf of Trustee Toby L. Rosen rseiler@chapter13canton.com
              Toby L. Rosen     trosen@chapter13canton.com,    trosen@ecf.epiqsystems.com
              Warner  Mendenhall    on behalf of Debtor Laurel  Purnell warnermendenhall@gmail.com
              Warner  Mendenhall    on behalf of Debtor Ken  Purnell warnermendenhall@gmail.com
                                                                                             TOTAL: 4

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 15−62523−rk**

**In re:**

Ken Purnell
1154 Desert St NE
Uniontown, OH 44685

Laurel Purnell
1154 Desert St NE
Uniontown, OH 44685

**Social Security No.:**

xxx−xx−3504

xxx−xx−4917

# MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on December 7, 2015. The petition is missing the following required documents:

Chapter 13 Plan

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date .

**Dated:** December 8, 2015
Form ohnb259

For the Court
Kenneth J. Hirz, Clerk